# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

| | | |
|---|---|---|
| BETSY STULL AND MOLLY NELSON, | : | No. 67 WAL 2017 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ARMSTRONG GAS COMPANY, LLC; | : | |
| EXCO RESOURCES (PA), LLC, | : | |
| ASSIGNEE; MARY JO SMAIL, DELLA | : | |
| KATHY MARCINEK, ROBERT W. | : | |
| LAMBING, PATRICIA L. BUSH, GAIL Y. | : | |
| TURNER, GLORIA J. WALKER, AND | : | |
| ARTHUR W. BUSH, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.